ACCEPTED
03-16-00004-CV
12953569
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/28/2016 2:37:10 PM
JEFFREY D. KYLE
CLERK



**Kurt Kuhn** | kurt@kuhnhobbs.com
3307 Northland Drive, Suite 310 | Austin, Texas 78731
Tel 512.476.8733 | kuhnhobbs.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/28/2016 2:37:10 PM
JEFFREY D. KYLE
Clerk

September 28, 2016

Jeffrey D. Kyle, Clerk
Third Court of Appeals                                    *via e-filing*
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

    Re:    03-16-00004-CV
            *City of Austin v. National Media Corporation and ACME Partnership, L.P.*

Dear Mr. Kyle:

I am counsel for Appellees in the above-referenced appeal. Yesterday, I received an email from Appellant City of Austin's counsel, informing me that the City planned to file a motion requesting the abatement be lifted in the appeal, and asking if we opposed such a motion. I emailed back minutes later, informing the City's counsel that we opposed such a motion. Attached as Tab A is a true and correct copy of the email exchange. I was out of the office later in the afternoon, and when I returned today I discovered that a few hours after the exchange, the City filed a "Status Report" requesting the Court to lift the abatement.

While the status report indicates Appellees do not agree with the City's request, shockingly it represents that it is co-signed by me and my co-counsel, Eric Storm. To be clear, neither Mr. Storm nor I ever gave permission for our signatures to be included on that document, nor were we privy to its contents prior to service. We do not agree with the contents of the document or the relief it requests. The docket should not include my or Mr. Storm's names as having signed or filed that document.

I am hopeful that the inclusion of our signatures is merely gross error on the City's part, and not intentional. Concurrently with filing this letter, I have emailed counsel for the City and asked them to correct their mistake.

Sincerely,

Kuhn Hobbs PLLC

By:  _____
     Kurt Kuhn

*Attorneys for Appellees*

cc:    *via e-filing*
       Anne L. Morgan
       Meghan L. Riley
       Chris Edwards
       Andralee Cain Lloyd
       *Attorneys for Appellant, City of Austin*

# Tab A

| | |
|---|---|
| **From:** | Kurt Kuhn <Kurt@KuhnHobbs.com> |
| **Sent:** | Tuesday, September 27, 2016 1:29 PM |
| **To:** | 'Lloyd, Andralee'; 'eric.storm@thestormlawfirm.com' |
| **Subject:** | RE: Nat'l Media Status Report |

We oppose.

**Kurt Kuhn**

3307 Northland Drive, Suite 310 | Austin, Texas 78731
512.476.6005 direct | 512.476.6002 fax
Kurt@KuhnHobbs.com | www.KuhnHobbs.com



**From:** Lloyd, Andralee [mailto:andralee.lloyd@austintexas.gov]
**Sent:** Tuesday, September 27, 2016 1:25 PM
**To:** kurt@kuhnhobbs.com; eric.storm@thestormlawfirm.com
**Subject:** Nat'l Media Status Report

Kurt, Eric,

Our 3rd Court of Appeals status report is due tomorrow and we plan on filing a motion to request that the abatement be lifted  and that our interlocutory appeal move forward. We believe we are entitled to our accelerated appeal on the jurisdictional issues and that these issues should not be delayed any further.

Please let me know if you oppose our motion.

Respectfully,

Andralee Cain Lloyd
Assistant City Attorney, Litigation
City of Austin Law Department
301 W. 2nd Street
Austin, Texas 78767
Phone: (512) 974-2918
Fax: (512) 974-1311
andralee.lloyd@austintexas.gov

IMPORTANT NOTICE:  This message and any attachments are intended solely for the original recipient named and may contain material deemed sensitive, proprietary or confidential in nature.  Any unauthorized transmission, duplication, use, disclosure or other manipulation is expressly forbidden without written consent of the original sender.  You are hereby notified that not adhering to this notice may constitute a violation of federal and/or state law.  If you are not the intended recipient, please delete this message and any attachments and notify the sender immediately via phone, fax or e-mail.